IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>PARLOR BELLEVUE LLC,<br><br>Debtor. | CASE No: C18-1564JLR<br><br>BANKRUPTCY NO. 16-12987-CMA<br><br>Adversary Proceeding No. 18-01077-CMA |
| EDMUND J. WOOD, solely in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Parlor Bellevue, LLC,<br><br>Plaintiff.<br><br>v.<br><br>MORGAN SOUND, INC.,<br><br>Defendant. | **ORDER APPROVING PARTIAL WITHDRAWAL OF REFERENCE** |

THIS MATTER came before the Court on the parties' Stipulated Motion for Partial Withdrawal of the Reference (Dkt. # 1-1). The Court having considered the motion and being otherwise fully advised, it is now therefore,

ORDERED that the parties' stipulated motion is GRANTED, and it is hereby

///

///



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

ORDERED that all pretrial matters in this case shall be decided by the Bankruptcy division of this Court but any jury trial shall be conducted by this Court.

DATED: ~~September~~ October 31st, 2018.

~~JUDGE~~ The Honorable James L. Robart
U.S. District Court Judge

Presented by:

RYAN, SWANSON & CLEVELAND, PLLC

By: /s/ Shannon J. Lawless
Richard J. Hyatt, WSBA #14048
Shannon J. Lawless, WSBA #43385
Attorneys for Defendant





Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359