1

The Honorable James L. Robart

2

3

4

5

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

6

7

| | |
|---|---|
| IN RE: | NO. C18-1564 JLR |
| PARLOR BELLEVUE, LLC, | BANKRUPTCY No. 16-12987 |
| Debtor. | ADV. NO. 18-01077 |

8

9

10

11

12

EDMND J. WOOD, solely in his capacity as
Chapter 7 Trustee,

STIPULATED MOTION TO DISMISS
CASE

13

Plaintiff,

14

v.

15

MORGAN SOUND, INC.,

16

17

Defendant.

18

    The parties hereto, through their undersigned attorneys, move for entry of an order dismissing

19

this proceeding.

20

    This action came before this Court upon an order for partial withdrawal of the reference from

21

U.S. Bankruptcy Court. The parties have settled the matter in full, the settlement was approved by the

22

Bankruptcy Court, and the underlying adversary proceeding in Bankruptcy Court has been dismissed.

23

No reason remains for keeping this action open in U.S. District Court.

24

25

STIPULATED MOTION TO DISMISS CASE - Page 1 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

DATED July 20, 2020.

WENOKUR RIORDAN PLLC

*/s/ Alan J. Wenokur*

_____
Alan J. Wenokur, WSBA # 13679
Co-counsel for Plaintiff Trustee

DATED July 20, 2020.

RYAN, SWANSON & CLEVELAND PLLC

*/s/ Shannon J. Lawless*

_____
Shannon J. Lawless, WSBA # 43385
Attorneys for Defendant

STIPULATED MOTION TO DISMISS CASE - Page 2 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | NO. C18-1564 JLR |
| PARLOR BELLEVUE, LLC, | BANKRUPTCY No. 16-12987 |
| Debtor. | ADV. NO. 18-01077 |
| EDMND J. WOOD, solely in his capacity as Chapter 7 Trustee, | ORDER DISMISSING CASE |
| Plaintiff, | |
| v. | |
| MORGAN SOUND, INC., | |
| Defendant. | |

THIS MATTER came before the Court on the Stipulated Motion to Dismiss Case, and the Court finding that this matter should be dismissed in accordance with applicable rules, now, therefore IT IS HEREBY

ORDERED that this action is dismissed with prejudice, and without costs to either side.

DATED _____July 20_____, 2020.

Hon. James L. Robart
U.S. District Judge

JLR

ORDER DISMISSING CASE - Page 1 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)